THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 10-561-CG-B |
| $54,711.00, more or less, in U.S. currency | * |
| Defendant.[1] | * |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is **ordered**, **adjudged**, and **decreed** that the above-named defendant, is forfeited to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. §881(a)(6).

**DONE** this 2nd day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The defendant currency was seized from Bank of America bank accountxxxxxxxx7298, held by EZY INFOTECH USA, Inc.(EZY)